## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| TIFFANY WELLS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09 cv 1321 |
| AFNI, INC. and DOES 1 THROUGH 10, | ) |
| Defendants. | ) |

## O P I N I O N and O R D E R

On October 13, 2009, Plaintiff was granted thirty (30) days to either submit a filing fee or provide a more complete and detailed petition to proceed *in forma pauperis*. As of the date of this Order, Plaintiff has done neither. Plaintiff is GRANTED until January 28, 2010 to either pay the filing fee or supplement her Motion to Proceed *in forma pauperis*. The Plaintiff is WARNED that the failure to comply with this Order SHALL result in this dismissal of her lawsuit with prejudice. The Clerk is directed to mail to the Plaintiff, along with this Order, this Court's previous Order dated October 13, 2009 [Doc. 3].

Entered this 14th day of January, 2010

s/ Joe B. McDade
JOE BILLY MCDADE
United States District Judge