**E-FILED**
Wednesday, 10 February, 2010  12:01:43 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| TIFFANY WELLS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 09 cv 1321 |
| AFNI, INC. and DOES 1 THROUGH 10, | ) ) ) | |
| Defendants. | ) | |

## O P I N I O N and O R D E R

On October 13, 2009, Plaintiff was granted thirty (30) days to either submit a filing fee or provide a more complete and detailed petition to proceed *in forma pauperis*. Plaintiff failed to comply with that Order. On January 14, 2010, Plaintiff was granted until January 28, 2010 to either pay the filing fee or supplement her Motion to Proceed *in forma pauperis* [Doc. 4]. Plaintiff was also warned that the failure to comply would result in this dismissal of her lawsuit with prejudice. As of the date of this Order, Plaintiff has failed to comply with the Order and is thus failing to prosecute this case. Pursuant to Federal Rule of Civil Procedure 41(b) this matter is DISMISSED WITH PREJUDICE.

Entered this <u>10th</u> day of February, 2010

                                                                       s/ Joe B. McDade
                                                                JOE BILLY MCDADE
                                                         United States District Judge